UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF PUERTO RICO

## Minute Entry

**Hearing Information:**

| | | | |
|---|---|---|---|
| Debtor: | FACUNDA RODRIGUEZ ORTIZ | Case Number: | 13-04555-MCF |
| Joint Debtor: | | Chapter: | 13 |
| Date / Time / Room: | 3-13-2014 at 1:30 PM | Courtroom: | 03 |
| Bankruptcy Judge: | MILDRED CABAN FLORES | | |
| Courtroom Clerk: | EDUARDO BUJOSA | | |
| Reporter / ECR: | INECITA COLLAZO | | |

**Matter:**
CONFIRMATION HEARING OF PLAN DATED 12/12/2013 (DKT #28)

FINAL HEARING ON MOTION FOR RELIEF FROM STAY UNDER 362 FILED BY DOR

**Appearances:**

Trustee: ALEJANDRO OLIVERAS RIVERA

Debtor Attorney: ROBERTO FIGUEROA CARRASQ

Creditor/Others:

**Proceedings:**

☐ Plan Dated:_____ [Docket no. ___] is: ☐ CONFIRMED* ☐ NOT CONFIRMED.

☐ Confirmation of plan is denied. PR LBR 3015-2 (i) applies: the Court may issue an order dismissing the Chapter 13 case unless, within fourteen (14) days after denial of confirmation: (1) the debtor files a new Modified Chapter 13 Plan and/or Related Motions; (2) the debtor converts or moves to convert the case to another chapter of the Bankruptcy Code; (3) the debtor files a motion for relief from judgment or order, or appeals the denial of confirmation; or (4) the Court otherwise orders. Clerk is to follow up.

☑ Hearing on Confirmation is continued to: _May 8, 2014, at 1:30pm._

☐ The motion to dismiss filed by _____ is:
  ☐ Granted* ☐ Denied.* ☐ Withdrawn.* ☐ Moot.*

☐ The motion to convert filed by _____ is:
  ☐ Granted* ☐ Denied.* ☐ Withdrawn.* ☐ Moot.*

☑ Additional Comments:

The Motion requesting relief from Stay is Continued to May 8, 2014, at 1:30pm.

Page 1